IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN HANCOCK LIFE INSURANCE COMPANY (USA)                              PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 1:21cv151-LG-RHWR

ERIC CLAYTON JENKINS,
AMY ELIZABETH JENKINS HALL, and
ASHLEY ELIZABETH JENKINS                                               DEFENDANTS

## SUPPLEMENTAL AGREED JUDGMENT

Following the entry of the Agreed Judgment of Dismissal and Order for Disbursement of Life Insurance Proceeds, the parties were made aware of the fact that a small amount of interest had accrued with respect to funds in the registry of the court and the parties agree that the interest accrued should be equally divided between the Defendants and the Defendants have requested entry of an order:

IT IS HEREBY ORDERED that the court previously entered an Agreed Judgment of Dismissal and Order for Disbursement of Life Insurance Proceeds which directed the disbursement of $626,790.08 from the registry of the Court.

IT IS FURTHER ORDERED that there is a small amount of interest which has accrued and the clerk is hereby ordered to disburse any interest accrued equally to the Defendants.

**SO ORDERED AND ADJUDGED** this the 28th day of February 2022.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge